UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANGELA DAWN SULLINS, )
)
Plaintiff, )
)
v. ) Case No. CV415-138
)
TROY EDENFIELD, *et al.*, )
)
Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's claim against the Garden City Police Department and her claim against Officer Tanisha Mallory for filing a false police report are hereby **DISMISSED**. This case will proceed as to plaintiff's remaining claims.

**SO ORDERED** this ___ day of _____, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA